**Order entered February 15, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-22-00680-CR
No. 05-22-00686-CR

**HECTOR ANGUIANO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F17-76221-X, F17-76222-X**

**ORDER**

We **REINSTATE** these appeals.

On January 9, 2023, we abated these appeals and ordered the trial court to conduct a hearing to determine why appellant's brief has not been filed and to make written findings and recommendations.

The trial court conducted the hearing on February 6, 2023. The trial court found appellant is indigent, desires to prosecute the appeals, and has not

abandoned the appeals; appellant's court-appointed attorney is Kristin Brown; and appellant desires Ms. Brown to continue as his attorney representing him on appeal. The trial court also found Ms. Brown has not abandoned the appeals but failed to file the brief due to personal reasons. The trial court found "this delay was not intentional, but due to personal extenuating circumstances, to which this Court is wholly sympathetic." Ms. Brown stated she desires to continue as appellant's attorney and is ready to proceed with the appeals. The State's attorney had no objection to the Court of Appeals granting appellant and Ms. Brown an extension of time to file appellant's brief.

During the hearing before the trial court, Ms. Brown told the trial court she hoped to be able to finish the brief in thirty days. The trial court recommended providing an extension of forty-five days. We accept the trial court's findings and recommendation and will grant an extension of time to file appellant's brief of forty-five days from the February 6, 2023, hearing.

It is **ORDERED** that appellant's brief be filed on or before **MARCH 23, 2023**.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE